UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**05 CV 8532**

THOMAS GLEASON,

    Plaintiff,

    -v-

BAYOU MANAGEMENT, LLC, SAMUEL ISRAEL, III, DANIEL MARINO, BAYOU GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU ADVISORS, LLC, BAYOU EQUITIES, LLC, BAYOU FUND LLC, BAYOU SUPERFUND, LLC, BAYOU NO LEVERAGE FUND, LLC, BAYOU AFFILIATES FUND, LLC, BAYOU ACCREDITED FUND, LLC, and JOHN DOES, 1-25, Inclusive,

    Defendants.
------------------------------------------------------------X

____ Civ. ____ ( )

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that Plaintiff is an individual and there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
      October 3, 2005

Respectfully submitted

_/s/ Kevin P. Conway_
Kevin P. Conway, Esq. (KPC-6946)