Supreme Judicial Services, Inc.
371 Merrick Road Suite 202 - Rockville Center N.Y. 11570
TEL (516) 825-7600 - FAX (516) 568-0812

Conway & Conway
1700 Broadway
New York 31st Floor NY

U S District    COURT OF THE STATE OF NEW YORK

COUNTY OF Southern

---

Thomas Gleason
                                          PLAINTIFF
        -against-                                          AFFIDAVIT OF
Bayou Management Llc Samuel Israel III D        DUE DILIGENCE
                                DEFENDANT             11/07/05

---

Prepared for the law firm of : CONWAY & CONWAY

RECORD # 71867

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

I Robert A Winckelman ,a process server employed by Supreme Judicial Services Incorporated, with its principal place of business located at 371 Merrick Road Suite 202, Rockville Center NY 11570, being duly sworn deposes and says that;

That I was instructed to effect service of the Smns In A Cvl Case & Cmplnt Cv according to the C.P.L.R on Bayou Equities Llc C/O Samuel Israel III at 52 Oregon Rd Bedford Corners Ny

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due dilligence to serve Bayou Equities Llc C/O Samuel Israel III

On 10/18/05 At 4:13pm, I Attempted To Serve The Above Named Defendant. At This Location The Building Is Vacant. As Per "John Doe", Worker, Donald Trump Is The New Owner Of This House. I Could Not Locate Using Operator Assistance Or Through Our Various Databases.
I, have not been able to locate the defendant and as such feel it will be impossible to effect service as required.

Sworn to me this 11/07/05
Jeffrey Wittenberg #41-4906457
Notary Public,State of New York            Robert A Winckelmann Lic#97119
Queens County,Comm.Expires 8/22/06