UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS GLEASON,

   Plaintiff,

   -v-

BAYOU MANAGEMENT, LLC, SAMUEL
ISRAEL, III, DANIEL MARINO, BAYOU
GROUP, LLC, BAYOU SECURITIES, LLC, BAYOU
ADVISORS, LLC, BAYOU EQUITIES, LLC,
BAYOU FUND LLC, BAYOU SUPERFUND, LLC,
BAYOU NO LEVERAGE FUND, LLC, BAYOU
AFFILIATES FUND, LLC, BAYOU ACCREDITED
FUND, LLC, and JOHN DOES, 1-25, Inclusive,

   Defendants.
------------------------------------------------------------------X

05 Civ. 8532

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

   HARPER FERTIG, being duly sworn, deposes and says:

   1. That I am over the age of eighteen years, an employee of Conway & Conway, and am not a party to the within action.

   2. On the 23rd day of November 2005, I served a true and correct copy of Summons and Complaint and Rule 7.1 Statement via Federal Express upon Lawrence S. Bader, Esq., Morvillo, Abramowitz, Grand, Iason & Silberberg, P.C., 565 Fifth Ave., New York, NY 10017.

                   _/s/ Harper Fertig_
                   HARPER FERTIG

Sworn to before me this
23rd day of November, 2005

_/s/ Jennifer Pogorelec_
Notary Public
JENNIFER ANNE POGORELEC
Notary Public, State of New York
No. 02PO6067402
Qualified in New York County
Commission Expires December 10, 2005