AO 440 (Rev. 10/93) Summons in a Civil A - SDNY WEB 4/99

# United States District Court

UNITED STATES _____ DISTRICT OF FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS GLEASON,

    Plaintiff,

V.

BAYOU MANAGEMENT, LLC., et.,

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05 CV 8532

TO: (Name and address of defendant)

See attached Rider.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. Conway, Esq.
Conway & Conway
1700 Broadway, 31st Floor
New York, New York 10019

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

OCT 0 4 2005
DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Rider annexed to and forming part of the
Summons (Page 1 of 2)

### Defendants' Addresses

1. Bayou Management, LLC
   40 Signal Road
   Stamford, Connecticut 06902

2. Samuel Israel, III
   52 Oregon Road
   Bedford Corners, NY 10549

3. Daniel Marino
   261 Bayberry Lane
   Westport, CT 06880

4. Bayou Group, LLC
   40 Signal Road
   Stamford, Connecticut 06902

5. Bayou Securities, LLC
   40 Signal Road
   Stamford, Connecticut 06902

6. Bayou Advisors, LLC
   40 Signal Road
   Stamford, Connecticut 06902

7. Bayou Equities, LLC
   40 Signal Road
   Stamford, Connecticut 06902

8. Bayou Fund, LLC
   40 Signal Road
   Stamford, Connecticut 06902

9. Bayou Superfund, LLC
   40 Signal Road
   Stamford, Connecticut 06902

10. Bayou No Leverage Fund, LLC
    40 Signal Road
    Stamford, Connecticut 06902

Rider annexed to and forming part of the
Summons (Page 2 of 2)

### Defendants' Addresses

11. Bayou Affiliates Fund, LLC
    40 Signal Road
    Stamford, Connecticut 06902

12. Bayou Accredited Fund, LLC
    40 Signal Road
    Stamford, Connecticut 06902