Garway + Conwe
71862
N

U S District Court of The State of New York                Index #: 05CV8532

County of Southern                                          Date Purchased: 10/04/05

Plaintiff        Thomas Gleason
                        vs
Defendant        Bayou Management Llc Samuel Israel III Daniel Marino Bayou

State of __CT._____ : County of __Fairfield_____ :ss:

__Alan Jones_____, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of _____

That on __10/25/05__ at __8:30 PM__ at __261 Bayberry Ln., Westport, CT__ deponent served the within Smns In A Cvl Case & Cmplnt Cvl Cvr Sheet Rule 7.1 Statement on Daniel Marino defendant therein named.

**INDIVIDUAL A ☐**  By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said _____

**CORPORATION B ☐**  By delivering to and leaving with _____ at _____ and that he knew the person served to be the _____ of the corporation.

**Suitable age Person C ☐**  Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants - respondents (dwelling place)(usual place of abode)(place of business) within the State of _____

**Affixing to Door, etc. D ☒**  By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of __CT.__

**Mailing use with C or D E ☒**  Deponent completed service under the last two sections by depositing a copy of the __Smns & Complaint__ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of __CT__ on __10/28/05__ in an envelope bearing the legend personal and confidential.

**Use with D F ☒**  Previous Attempts 10/19/05 @ 7:55 am, 10/22/05 @ 12:35 PM, Deponent had previously attempted to serve the above named defendant/respondent.
10/24/05 @ 9:40 PM & 10/25/05 @ 8:30 PM
* - Ana Fenton @ 264 Bayberry confirmed subject lives at house.

**VOID w/o Description Use with A,B & C**  A Description of the defendant or other person served on behalf of the defendant is as follows:
Approx Age _____ Approx Weight _____ Approx Height _____ Sex _____
Color of Skin _____ Color of Hair _____ Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary---Ksenia V. Rubin to before me this __10/28/05__        Process Server
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/07

SUPREME JUDICIAL SERVICES, INC.
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600
225 Broadway - New York, N.Y. 10007 - (212) 319-7171
FAX (516) 568-0812