AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | FILE NO.: 054649 |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: 10/04/05 | CASE NO.: 05 CV 8532 |

THOMAS GLEASON                                                                                   Plaintiff(s)-Petitioner(s)

-vs-

BAYOU MANAGEMENT, LLC, ET. AL.                                                  Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On DECEMBER 29, 2005        at 2:45 PM
Deponent served a true copy of    CIVIL COVER SHEET, RULE 7.1 STATEMENT AND SUMMONS AND COMPLAINT
bearing index number: 05 CV 8532 and date of filing:    10/04/05
upon  BAYOU AFFILIATES FUND, LLC
at address: SECRETARY OF STATE, 41 STATE STREET
City & State: ALBANY, NY 12207

MANNER OF SERVICE}
PERSONAL
☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.
SUITABLE AGE PERSON
☐ By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.
AUTHORIZED AGENT
☒ By delivering and leaving with} CAROL VOGT
the agent for service on the person in this proceeding designated under Rule 304 LLC. Service having been made to such person at the place, date and time above.
AFFIXING TO DOOR, ETC.
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized       person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:
MAILING
☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address NATIONAL REGISTERED AGENTS INC., 9 E. LOCKERMAN STREET, SUITE 1B, DOVER, DE 19901 on 12/29/2005 The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail  __certified mail  X̲registered mail  X̲return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE            Race/Skin Color: WHITE           Hair Color: BROWN
Approximate Age: 53 years   Approximate Height: 5'4"    Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on}    DECEMBER 29, 2005

_____         _____         Attorney Info:                    _____
Karen E. Rock #01R06065213      Kathryn A. Rock-McClosky         Conway & Conway                  Mark E. McClosky
Notary Public, State of New York  Commissioner of Deeds          1700 Broadway, 31st Floor        Deponent
Qualified in Schenectady County   Qualified in Schednectady County  New York, NY 10019
Commission Expires: 10/09/2009    Commission Expires: 08/27/2004    212-938-1080

affidavit number: 200539864
                                                FIRM FILE #