# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | FILE NO.: 054649 |
| SOUTHERN DISTRICT OF NEW YORK | FILED ON: 10/04/05   CASE NO.: 05 CV 8532 |

THOMAS GLEASON                                                      Plaintiff(s)-Petitioner(s)

-vs-

BAYOU MANAGEMENT, LLC, ET. AL.                        Defendant(s)-Respondent(s)

STATE OF NEW YORK}
COUNTY OF SCHENECTADY ss.}

I, Mark E. McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years, is not a party in this proceeding and resides in New York State.

On  DECEMBER 29, 2005    at  2:45 PM
Deponent served a true copy of    CIVIL COVER SHEET, RULE 7.1 STATEMENT AND SUMMONS AND COMPLAINT
bearing index number:  05 CV 8532  and date of filing:    10/04/05
upon  BAYOU SUPERFUND, LLC
at address:  SECRETARY OF STATE, 41 STATE STREET
City & State:  ALBANY, NY 12207

## MANNER OF SERVICE}

**PERSONAL**
[ ] By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

**SUITABLE AGE PERSON**
[ ] By delivering and leaving with personally}
at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

**AUTHORIZED AGENT**
[X] By delivering and leaving with}  **CAROL VOGT**
the agent for service on the person in this proceeding designated under Rule 304 LLC . Service having been made to such person at the place, date and time above.

**AFFIXING TO DOOR, ETC.**
[ ] By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized     person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

**MAILING**
[X] Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address  NATIONAL REGISTERED AGENTS INC., 9 E. LOCKERMAN STREET, SUITE 1B, DOVER, DE 19901 on 12/29/2005 The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail  __certified mail  X registered mail  X return receipt requested.

Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or the United States as the term is defined in either State or Federal statutes.

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE              Race/Skin Color: WHITE         Hair Color: BROWN
Approximate Age: 53 years   Approximate Height: 5'4"    Approximate Weight: 125 pounds
Other:

Subscribed and sworn before me on}    DECEMBER 29, 2005

Karen E. Rock #01R06065213       Kathryn A. Rock-McClosky      Attorney Info:              Mark E. McClosky
Notary Public, State of New York    Commissioner of Deeds       Conway & Conway            Deponent
Qualified in Schenectady County    Qualified in Schednectady County   1700 Broadway, 31st Floor
Commission Expires: 10/09/2009   Commission Expires: 08/27/2004   New York, NY 10019
                                                                 212-938-1080

affidavit number: 200539862

FIRM FILE #