UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE BAYOU HEDGE FUND
INVESTMENT LITIGATION
_____x

AND ALL RELATED AND MEMBER CASES

_____x

06 MDL 1755 (CM)

06 Civ. 3025  (CM)(MDF)
06 Civ. 3026  (CM)(MDF)
06 Civ. 3028  (CM)(MDF)
06 Civ. 2379  (CM)(MDF)
05 Civ. 8532  (CM)(MDF)
06 Civ. 6478  (CM)(MDF)
06 Civ. 11328(CM)(MDF)
06 Civ. 6837  (CM)(MDF)
06 Civ. 2943  (CM)(MDF)

Please take notice that the above captioned matter has been scheduled for:

___ Pre-trial Conference         ✓ Status Conference          ___ Oral argument
___ Settlement conference        ___ Plea Hearing             (Bankruptcy Appeal)
___ Rule (16) conference         ___ Final pre-trial conference
___ Telephone Conference         ___ Jury Selection and Trial
___ Non-Jury Trial               ___ Inquest

**before the Honorable Colleen McMahon, United States District Judge, on Thursday, February 15, 2007 at 2:00 p.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (914) 390-4152.

Dated: January 30, 2007
       White Plains, New York

So Ordered

*[signature]*

Colleen McMahon, U.S.D.J

**MICROFILM**

JAN 3 0 2007

**USDC SDNY WP**